UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEANNE CONNOLLY )<br>    Plaintiff ) <br> ) <br> v. ) <br> ) <br> ASSET ACCEPTANCE, LLC d/b/a ) <br> ASSET ACCEPTANCE ) <br> CAPITAL CORPORATION ) <br>    Defendant ) <br>_____ ) | CIVIL ACTION<br>3:10-CV-01903-RNC<br><br><br><br><br><br><br><br>FEBRUARY 16, 2011 |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiff, Leanne Connolly, through her attorney, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                    PLAINTIFF, LEANNE CONNOLLY


                    By: /s/Daniel S. Blinn_____
                         Daniel S. Blinn, Fed Bar No. ct02188
                         Matthew W. Graeber, Fed Bar No. ct27545
                         dblinn@consumerlawgroup.com
                         Consumer Law Group, LLC
                         35 Cold Spring Rd., Suite 512
                         Rocky Hill, CT  06067
                         Tel. (860) 571-0408; Fax (860) 571-7457

## **CERTIFICATION**

  I hereby certify that on this 16th day of February, 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

            /s/Daniel S. Blinn
            Daniel S. Blinn